PD-1134-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/31/2015 7:40:40 PM
Accepted 9/1/2015 12:55:39 PM
ABEL ACOSTA
CLERK

**CRIMINAL APPEAL CASE NO. _____**
**4TH COURT OF APPEALS  NO. 04-14-00532-CR**

| | | |
|---|---|---|
| PAUL AGUILAR | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

## FIRST MOTION FOR EXTENSION OF TIME TO FILE
## PETITION FOR WRIT OF DISCRETIONARY REVIEW

NOW COMES APPELLANT,  PAUL AGUILAR and submits to this Honorable Court his Motion for Extension of Time to File Petition for Writ of Discretionary Review, and in support thereof would show:

1.      Appellant was convicted by a jury of the felony offense of  CONTINOUS SEXUAL ABUSE OF A CHILD,  alleged to have been committed sometime between 12-01-07 and 12-01-10.  Appellant was indicted June 24, 2013.

2.      On July 1, 2014, Appellant was sentenced on  to serve a term of fifty years confinement in the Texas Department of Criminal Justice Institutional Division.

3.      A timely Notice of Appeal was filed,  and the Appellant's direct appeal to the Honorable Fourth Court of Appeals was denied by Memorandum Opinion on July 15, 2015.

4.      The Petition for Writ of Discretionary Review was therefore due thirty (30) days later, on August 15, 2015.  Now, within fifteen (15) days of that date, Appellant moves for an extension of time to file his Petition for Writ of Discretionary Review.

1

5.     There have been no prior Motions for Extension of time to file the Petition for Writ of Discretionary Review.

6.     Appellant requests a thirty day extension of the August 15, 2015,  deadline. A thirty day extension would extend the deadline to September 16, 2015.

7.     During the time between the Fourth Court's Opinion and the due date for the Petition for Writ of Discretionary Review, undersigned counsel tried a matter to a hung jury in the United States District Court for the Western District of Texas.   He also prepared multiple state court cases for other trial settings that fell through, and attended dozens of routine court settings.

8.     This Motion is not brought for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Motion be granted and that the time period for filing the Petition for Writ of Discretionary Review be extended until September 16, 2015.

Respectfully Submitted,

/s/

_____
PATRICK B. MONTGOMERY
SBN 14295350
111 Soledad, Suite 300
San Antonio, TX 78205
(210) 225-8940
(978) 285-4664 Telecopier
ATTORNEY FOR APPELLANT
PatMontgomery@Gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I, PATRICK MONTGOMERY, do hereby certify that I have filed the aforegoing Appellant's Motion for Extension of Time to File Petition for Discretionary Review with the state efiling system, and requested service upon counsel for Respondent Bexar County District Attorney's Office.

/s/

_____

PATRICK B. MONTGOMERY

**CRIMINAL APPEAL CASE NO. _____**
**4TH COURT OF APPEALS  NO. 04-14-00532-CR**

| | | |
|---|---|---|
| PAUL AGUILAR | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

## ORDER REGARDING APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR WRIT OF DISCRETIONARY REVIEW

On this the _____ day of _____, 20__, came to be heard Appellant's Motion for Extension of Time to File Petition for Writ of Discretionary Review, and it appears to the Court that this Motion should be:

GRANTED  /  DENIED

IT IS THEREFORE ORDERED that the deadline for filing the Petition for Writ of Discretionary Review is the _____ day of _____,20____.

_____
JUDGE PRESIDING

4